

979 Batesville Road Suite B,
Greer, SC 29607
www.regionalmanagement.com
(864) 448-7141 • Fax: (864) 4329-8392

May 11, 2017

I certify that I am the proper party to withdraw this proof of claim; all information provided by me is true and accurate. I expressly assume the responsibility for any adverse consequences which may arise from this withdrawal.

Debtor: Earnestine & Howard Hardy
Case No: 17-31316
Reason for withdrawal: Wrong account
Date of withdrawal: 05/11/2017
Claim No: 1
Filed Date: 05/11/2017

/s/ Shannon Henry

*Bankruptcy Processing Clerk*
Regional Management Corporation
509 West Butler Rd.
Mauldin, SC 29662
Phone: 864-546-3404
Fax: 864-236-2884

