B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Middle_____ District Of __ALABAMA__

Case No. __17-31316__

In re **Earnestine Alexander Hardy and Howard Hardy, JR. ,**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Jefferson Capital Systems, LLC** | **REGIONAL MANAGEMENT COPORATION** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud , MN 56302-9617**

Phone: __800-928-7314__
Last Four Digits of Acct #: __1480__

Court Claim # (if known): **2**
Amount of Claim: **$1,922.72**
Date Claim Filed: **5/11/2017**

Phone: __864-448-7000__
Last Four Digits of Acct #: __1480__

Name and Address where transferee payments should be sent (if different from above):
**Jefferson Capital Systems, LLC
PO BOX 772813
Chicago , IL 60677-2813**

Phone: __800-928-7314__
Last Four Digits of Acct #: __1480__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Sarah Miller (Bankruptcy Specialist)__        Date:__10/30/2017__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# WAIVER OF NOTICE OF TRANSFER OF CLAIM

Credit Recovery Associates, Inc., Regional Finance Corporation of South Carolina, Regional Finance Corporation of Texas, Regional Finance Corporation of North Carolina, Regional Finance Corporation of Tennessee, Regional Finance Corporation of Alabama, Regional Finance Corporation of Georgia, Regional Finance Company of Georgia, LLC, Regional Finance Company of Oklahoma, LLC, Regional Finance Company of New Mexico, LLC, and Regional Finance Company of Virginia, LLC (collectively, "Transferor"), have sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the state of Georgia maintaining a place of business at 16 McLeland Rd St. Cloud, MN 56303. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the Transferor's name or under the name Regional Management Corp.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 5th day of October 2017.

SELLER, as Transferor:

Regional Management Corp.
Credit Recovery Associates, Inc.
Regional Finance Corporation of South Carolina
Regional Finance Corporation of Texas
Regional Finance Corporation of North Carolina
Regional Finance Corporation of Tennessee
Regional Finance Corporation of Alabama
Regional Finance Corporation of Georgia
Regional Finance Company of Georgia, LLC
Regional Finance Company of Oklahoma, LLC
Regional Finance Company of New Mexico, LLC
Regional Finance Company of Virginia, LLC

By: _____
Name: Donald E. Thomas
Title: EVP and Chief Financial Officer