UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re Case No. 17−31316
 Chapter 13
Earnestine Alexander Hardy and Howard Hardy, Jr.,

 Debtors.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on January 29, 2018 at 09:00 AM

to consider and act upon the following:

*37* − Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation for lawsuit proceeds. filed by Sabrina L. McKinney. Responses due by 01/15/2018. (McKinney, Sabrina)

*38* − Motion to Sever Chapter 13 Case . Fee Amount $310 filed by Richard D. Shinbaum on behalf of Earnestine Alexander Hardy, Howard Hardy Jr.. (Shinbaum, Richard)

Dated December 22, 2017

 Juan−Carlos Guerrero
 Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  Case No. 17-31316-DHW
Earnestine Alexander Hardy  Chapter 13
Howard Hardy, Jr.
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1127-2       User: jmclain        Page 1 of 2        Date Rcvd: Dec 22, 2017
                           Form ID: ntchrgBK    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db/jdb     +Earnestine Alexander Hardy,   Howard Hardy, Jr.,    1519 Jordan Street,
             Montgomery, AL 36108-3324
cr         +Regional Management Corporation,   Regional Management,    979 Batesville Road, Suite B,
             Greer, SC 29651-6819
cr         +THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN A,    c/o CHAMBLESS-MATH & CARR, PC,
             PO BOX 230759,   MONTGOMERY, AL 36123-0759
3764121     BAPTIST HEALTH,    PO BOX 241145,   Montgomery, AL 36124-1145
3764122    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE,   PO BOX 5155,    ATTN; BANKRUPTCY CORRESPONDENCE,
             Norcross, GA 30091)
3764123    +CHARTER COMMUNICATIONS,    8014 BAYBERRY RD,   Jacksonville, FL 32256-7412
3764124     CREDIT MANAGEMENT,    PO BOX 118288,   Carrollton, TX 75011-8288
3764125   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DIRECTV,    PO BOX 538605,    Atlanta, GA 30353)
3840370     Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
             Carol Stream, IL  60197-5008
3764118     EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
3764120     EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3764128     Holloway Credit Solutions,   P.O. Box 230609,   Montgomery, AL 36123-0609
3764129    +INTERGRATED MAGNETIC IMAGING,    2257 TAYLOR RD, STE 200,   Montgomery, AL 36117-7792
3764130     MASSEYS,   PO BOX 2822,   Monroe, WI 53566-8022
3889287    +MAX Credit Union,    P.O. Box 244040,   Montgomery, Al 36124-4040
3764131     MAX FEDERAL CREDIT UNION,    P. O. BOX 244040,   MONTGOMERY, AL 36124-4040
3764132    +MIDLAND FUNDING LLC,    PO BOX 4953,   Montgomery, AL 36103-4953
3889289    +Max FCU,    P.O. Box 244040,   Montgomery, Al 36124-4040
3789995    +Midnight Velvet,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
3764135    #+Quick Credit,    2653 East South Blvd,   Montgomery, AL 36116-2531
3764137    +RADIOLOGY GROUP,    1722 PINE STREET, STE 1,   Montgomery, AL 36106-1103
3766025    +REGIONAL MANAGEMENT CORPORATION,    979 BATESVILLE ROAD, SUITE B,    GREER, SC 29651-6819
3845643    +THE HEALTH CARE AUTH., dba BAPTIST SOUTH,   c/o CHAMBLESS-MATH & CARR, PC,   P.O. BOX 230759,
             MONTGOMERY, AL 36123-0759
3764119    +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19016-2000
3764139    +WOW,   770 N. Eastern Blvd,   Montgomery, AL 36117-8619
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3764126    +Fax: 614-760-4092 Dec 22 2017 20:37:04     EASY MONEY,   20 W. FAIRVIEW AVE,
             Montgomery, AL 36105-1655
3764127     E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 20:30:27      GE CAPITAL RETAIL BANK,
             PO BOX 965022,   Orlando, FL 32896-5022
3872882     E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 22 2017 20:34:15      JEFFERSON CAPITAL SYSTEMS LLC,
             PO Box 7999,   St Cloud MN 56302
3844601     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 20:30:30
             LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
             LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
3838075    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 22 2017 20:34:05      MIDLAND FUNDING LLC,
             PO BOX 2011,   Warren MI 48090-2011
3764133     E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 20:30:40      One Main Financial,
             1641 PERRY HILL RD,   STE 102,   Montgomery, AL 36106-2729
3784054     E-mail/PDF: cbp@onemainfinancial.com Dec 22 2017 20:30:26      OneMain Financial,   PO Box 3251,
             Evansville, IN 47731-3251
3764134     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 20:40:29
             PORTFOLIO RECOVERY,   PO BOX 12914,   Norfolk, VA 23541
3764138    +E-mail/Text: bankruptcy@regionalmanagement.com Dec 22 2017 20:33:49      REGIONAL FINANCE,
             6144 ATLANTA HIGHWAY,   Montgomery, AL 36117-2800
3803579    +E-mail/Text: newbk@Regions.com Dec 22 2017 20:34:12     Regions Bank,   P.O. Box 10063,
             Birmingham, AL 35202-0063
3772634    +E-mail/Text: bankruptcy.noticing@security-finance.com Dec 22 2017 20:33:49
             SFC Central Bankruptcy,   PO Box 1893,   Spartanburg, SC 29304-1893
3764136     E-mail/Text: bankruptcy@tritonmgt.com Dec 22 2017 20:34:23     QUICK PAWN,   855 BELL STREET,
             Montgomery, AL 36104
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
            (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
            St Cloud, MN  56302-9617)
3889296*   +Max FCU,    P.O. Box 244040,   Montgomery, Al 36124-4040
3766321*   +REGIONAL MANAGEMENT CORPORATION,    979 BATESVILLE ROAD, SUITE B,   GREER, SC 29651-6819
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor    THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN
               AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Joint Debtor Howard  Hardy, Jr. rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Earnestine Alexander Hardy rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                          TOTAL: 5